# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.

ERNEST HEATH, Solely in His Capacity as Heir of Beth Untermyer, Deceased
UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED

    Defendants

CIVIL NO. 17-00522

## ORDER

AND NOW, this 4th day of May, 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted. [1]

_____
JOSEPH F. LEESON, JR., J.

---

[1] Service shall be completed within sixty (60) days of the date of this Order.