UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,          :
          Plaintiff,                    :
                                        :
          v.                            :   No. 5:17-cv-522
                                        :
ERNEST HEATH, et al.,              :
          Defendants.                   :
_____

**DEFAULT NOTICE**
10 Day Notice – Failure of Defendant to
Answer or Otherwise Respond to Plaintiff's Complaint

TO:    All Parties

    A review of the Court's records indicates that Defendants have failed to timely respond to the Complaint.[1]

    If Plaintiff fails to take action to have a default entered against Defendants pursuant to Federal Rule of Civil Procedure 55(a) within ten (10) days of the date of this Notice, the Court may enter an Order dismissing the Complaint for lack of prosecution.

                          KATE BARKMAN, Clerk of Court

                          By:/s/ Diane J. Abeles
                              Diane J. Abeles, Civil Deputy Clerk
                              The Honorable Joseph F. Leeson, Jr.
                              Diane_J_Abeles@paed.uscourts.gov

Date of Notice:  June 26, 2017

---

[1] This Default Notice does not express any opinion on whether service was properly effected pursuant to Federal Rule of Civil Procedure 4.