## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>　　v.<br><br>ERNEST HEATH, Solely in His Capacity as<br>Heir of Beth Untermyer, Deceased<br>UNKNOWN HEIRS OF BETH UNTERMYER,<br>DECEASED<br>　　　　　　　　Defendants | Civil Action No: 17-00522 |

### ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 29th day of June 2017, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant, Unknown Heirs of Beth Untermyer, Deceased, cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Mortgage Foreclosure, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Eastern District of Pennsylvania, situated at 30 Klein Avenue, Topton, PA 19562

It is hereby ORDERED, ADJUDGED AND DECREED that the Summons and Complaint in Mortgage Foreclosure be served on the Defendant, Unknown Heirs of Beth Untermyer, Deceased, by Plaintiff or its agent by publication, posting a copy of the Summons and Complaint in Mortgage Foreclosure on the property to be foreclosed, in accordance with F.R.C.P. 4(e)(1) and Pa.R.C.P. 430(a) and 410(c)(2), and by regular and certified mail addressed to Defendant, Unknown Heirs of Beth Untermyer, Deceased, at the mortgaged property and to Defendant, Unknown Heirs of Beth Untermyer, Deceased, last known address. Service of the notice of sale may be accomplished in like manner. Service shall be completed upon posting or upon mailing, whichever occurs later.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge