## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-00522

Sheriff's Sale Date: _____

v.

ERNEST HEATH, SOLELY IN HIS CAPACITY AS HEIR OF BETH UNTERMYER, DECEASED, UKNOWN HEIRS OF BETH UNTERMYER, DECEASED; et al.
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED the above process on the 10 day of July, 2017, at 6:00 o'clock, AM, at 30 KLEIN AVE TOPTON, PA 19562, County of ~~Bucks~~ Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☒ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of **Pa** _____ )
                                                ) SS:
County of **Berks** _____ )

Before me, the undersigned notary public, this day, personally, appeared **Jeffrey Clohessy** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-165383
Case ID #: 4929290

Subscribed and sworn to before me this **11** day of **July**, 20**17**

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

PCO-B.A

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|---|
| | | Sequence Number<br>6620-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703808784447<br>9171999991703808784447 | UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED<br>30 Klein Ave.<br>Topton, PA 19562 | <br>ERR<br>C | 0.925 | <br>1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 1<br>1 | | 0.93<br>0.93 | 4.85<br>4.85 | | | 5.78<br>5.78 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____        Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)        Extra Service Codes:
                                C     Certified
                                ERR   Return Receipt

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | TO  UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED<br>UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED<br>30 Klein Ave.<br>Topton, PA 19562 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

U.S. POSTAGE ≫ PITNEY BOWES
$ 001.35⁰
ZIP 19106
02 1W
0001391829 JUL. 03 2017

USPS CONTINENTAL STATION JUL -3 2017 PHILA. PA 19106

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete by Typewriter, Ink, or Ball Point Pen | See Privacy Act Statement on Reverse |
|---|---|---|---|---|

PS Form **3877**, February 2002 (Page 1 of 2)

USA-165383   Berks County   Sale Date:

ERNEST HEATH, Solely in His Capacity as Heir of Beth Untermyer, Deceased & UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED

PCO-Brithri Augustin