# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>ERNEST HEATH, SOLELY IN HIS CAPACITY AS HEIR OF BETH UNTERMYER, DECEASED, UKNOWN HEIRS OF BETH UNTERMYER, DECEASED; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 17-00522<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED the above process on the 10 day of July, 2017, at 6:00 o'clock, AM, at 30 KLEIN AVE TOPTON, PA 19562, County of ~~Bucks~~ Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of **PA**            )
                                        ) SS:
County of **Berks**                     )

Before me, the undersigned notary public, this day, personally, appeared **Jeffrey Clohessy** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-165383
Case ID #: 4929290

Subscribed and sworn to before me
this **11** day of **July**, 20**17**

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

PCO - B.A

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6620-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808784447<br>9171999991703808784447 | UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED<br>30 Klein Ave.<br>Topton, PA 19562 | <br>ERR<br>C | 0.925 | <br>1.40<br>3.45 | | | 5.78 |
| Page Totals | 1 | | 0.93 | 4.85 | | | 5.78 |
| Cumulative Totals | 1 | | 0.93 | 4.85 | | | 5.78 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C    Certified
ERR  Return Receipt

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified ☐ Recorded Delivery (International)<br>☐ COD ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee | |
| 1. | | | | | | | | | | | | | |
| 2. | TO UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED<br>UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED<br>30 Klein Ave.<br>Topton, PA 19562 | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

U.S. POSTAGE ≫ PITNEY BOWES  $001.35
ZIP 19106
02 1W
0001391829 JUL. 03 2017

USPS CONTINENTAL STATION JUL -3 2017 PHILA PA 19106

Total Number of Pieces Listed by Sender: _____
Total Number of Pieces Received at Post Office: _____
Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-165383  Berks County  Sale Date:

ERNEST HEATH, Solely in His Capacity as Heir of Beth Untermyer, Deceased & UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED

PCO-Brithni Augustin

# Berks County Law Journal

## PROOF OF PUBLICATION NOTICE
Under Act No. 160, Approved July 9, 1976

Commonwealth of Pennsylvania } SS:
County of Berks

Before me, the undersigned notary public, this day, personally appeared John E. Reigle to me known, who being duly sworn according to law, deposes and says the following:

I am of the County and State aforesaid; that the undersigned is the Editor of the Berks County Law Journal, which is the legal newspaper for Berks County, Pennsylvania, which legal newspaper was established in October 1, 1908, and is published at 544 Court Street, Reading, County and State aforesaid; and that the printed notice of publication appearing to the right is exactly the same as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**Thursday July 20, 2017**

That affiant further states that he/she is the designated agent of Berks County Bar Association, the owner of said legal newspaper, that he/she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
(Signature of Affiant)

---

Copy of notice

**CIVIL ACTION**

United States District Court
For The Eastern District
of Pennsylvania
Civil Action-Law
No. 17-00522
Notice of Action In
Mortgage Foreclosure

The United States of America, Plaintiff
vs.
Ernest Heath, Solely in His Capacity as Heir of Beth Untermyer, Deceased & Unknown Heirs of Beth Untermyer, Deceased, Defendant(s)

To: Ernest Heath, Solely in His Capacity as Heir of Beth Untermyer, Deceased & Unknown Heirs of Beth Untermyer, Deceased, Mortgagor and Real Owner, Defendant(s), whose last known address is 30 Klein Avenue, Topton, PA 19562.

This firm is a debt collector and we are attempting to collect a debt owed to our client. Any information obtained from you will be used for the purpose of collecting the debt. You are hereby notified that Plaintiff, The United States of America, has filed a Mortgage Foreclosure Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 17-00522, wherein Plaintiff seeks to foreclose on the mortgage secured on your property located, 30 Klein Avenue, Topton, PA 19562, whereupon your property will be sold by the United States Marshal.

Notice: You have been sued in court.

If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer.

If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee.

**Berks County Bar Assn.**
544 Court St.
P.O. Box 1058
Reading, PA 19601
610-375-4591
**MidPenn Legal Services**

WILLIAM J MANSFIELD
ATTN MARK MANSFIELD
998 OLD EAGLE SCHOOL RD
SUITE 1209
WAYNE, PA 19087

{ No.0000587157                                    Page 1 of 2

## Proof of Publication of Notice in Reading Eagle
Under Act No. 587, Approved May 16, 1929.

Commonwealth of Pennsylvania,
County of Berks                 } SS:

Lynn Schittler, Assistant Secretary, READING EAGLE COMPANY, of the County and Commonwealth aforesaid, being duly sworn, deposes and says that the READING EAGLE established January 28, 1868 is a newspaper of general circulation published at 345 Penn Street, City of Reading, County and State aforesaid, and that the printed notice or publication attached hereto is exactly the same as printed and published in the regular edition and issues of the said READING EAGLE on the following dates, viz.:

Reading Eagle     Wednesday, July 12, 2017, A.D.

Affiant further deposes that this person is duly authorized by READING EAGLE COMPANY, a corporation, publisher of said READING EAGLE, a newspaper of general circulation, to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place, character of publication are true.

_____
                                    Lynn Schittler

Sworn to and subscribed before me on this day of July 12, 2017

_____
                                    Notary

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Ann L. Liptak, Notary Public
City of Reading, Berks County
My Commission Expires Oct. 2, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

---

United States District Court
For The Eastern District of Pennsylvania
Civil Action - Law
No. 17-00522
Notice of Action In Mortgage Foreclosure
The United States of America, Plaintiff vs. Ernest Heath, Solely in His Capacity as Heir of Beth Untermyer, Deceased & Unknown Heirs of Beth Untermyer, Deceased, Defendant(s) To: Ernest Heath, Solely in His Capacity as Heir of Beth Untermyer, Deceased & Unknown Heirs of Beth Untermyer, Deceased, Mortgagor and Real Owner, Defendant(s), whose last known address is 30 Klein Avenue, Topton, PA 19562.
This firm is a debt collector and we are attempting to collect a debt owed to our client. Any information obtained from you will be used for the purpose of collecting the debt. You are hereby notified that Plaintiff, The United States of America, has filed a Mortgage Foreclosure Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 17-00522, wherein Plaintiff seeks to foreclose on the mortgage secured on your property located, 30 Klein Avenue, Topton, PA 19562, whereupon your property will be sold by the United States Marshal. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Berks County Bar Assn., 544 Court St., P.O. Box 1058, Reading, PA 19601, 610-375-4591. Central PA Legal Services, 18 S. 5th St., Reading, PA 19601, 610-376-

Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, BNY Mellon Independence Center, 701 Market St., Phila., PA 19106-1532, 215.627.1322.