## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                    Plaintiff

                    v.                                          Civil Action No:  17-00522

ERNEST HEATH,  Solely in His Capacity as
Heir of Beth Untermyer, Deceased
UNKNOWN HEIRS OF BETH UNTERMYER,
DECEASED
                    Defendant

### ORDER

AND NOW, this 9th day of May       , 2018, upon consideration of Plaintiff's Motion

which states that notice has been given to all lienholders of record and no objection has been

made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1.      That the public sale held on March 27, 2018 is hereby confirmed.

2.      That the Marshal is ordered and directed to execute and deliver to BP Real Estate

Investment Group, LP, their successors and assigns ("Purchaser"), a good and sufficient deed,

conveying all the right, title and interest of ERNEST HEATH, Solely in His Capacity as Heir of

Beth Untermyer, Deceased and UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED in

and to the premises sold located at 30 Klein Avenue, Topton, PA 19562.

3.      That jurisdiction is retained for such further orders or decrees as may be

necessary.

_____
JOSEPH F. LEESON, JR.,    J.