**UNITED STATES DISTRICT COURT**
**FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 17-00522 |
| vs. | |
| ERNEST HEATH, Solely in His Capacity as Heir of Beth Untermyer, Deceased<br>UNKNOWN HEIRS OF BETH UNTERMYER, DECEASED | |
| Defendants | |

**A. SCHEDULE OF DISTRIBUTION**

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................$44,500.00

Amount of cash received.............................................................$44,500.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2017A18883......................................................$44,500.00

                                                                       KML Law Group, P.C.

                                                                       By: _____
                                                                       Rebecca A. Solarz, Esquire
                                                                       Pennsylvania Attorney I.D. No. 315936
                                                                       Suite 5000 – BNY Independence Center
                                                                       701 Market Street
                                                                       Philadelphia, PA 19106-1532
                                                                       (215) 825-6327