# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  CIVIL NO. 17-00522

Plaintiff

vs.

Ernest Heath

Defendant(s)

## ASSIGNMENT OF BID

THIS ASSIGNMENT is made this ____ day of _____, 7/17/2018, by ____ BP Real Estate Investment Group LP ____ (Assignor) TO ____ BP Group LP ____ (Assignees).

**WHEREAS**, Assignor was the successful bidder at the United States Marshal's Sale of March 27, 2018 for the Property known as 30 Klein Avenue, Topton, PA 19562.

**WHEREAS**, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

BY: _____
SUCCESSFUL BIDDER

As to Assignor

Sworn to and subscribed before me

This 19th day of July, 7/19/2018

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Valerie A. Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries

Assignment of Bid (30 Klein Avenue, Topton, PA  19562)
Page 2

I hereby accept this Assignment of Bid.

BY: _____
    (Assignees)

Address: 1770 Oregon Pike Lancaster PA 17601
Phone Number: 717- 669-5075
As to Assignee

Sworn to and subscribed before me

this 19th day of July, 7/19/2018.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Valerie A. Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries